**Ross NICHOLAS, Lamont C. Bullock, Cory Smith, Jeremy Souders, Waldemar Rosario, Jerome Solomon, Barry Williams, Gary Melindez, Kareem Smith, Raymond White, Michael Thomaston and Demetrius Bailey, Inmates Confined by the Department of Corrections, Appellants**

v.

**Jeffrey A. BEARD, Ph. D., Secretary of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.